Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Amber Walker  **Docket Number:** 8:02CR245

**Sentencing Judge:** The Honorable Laurie Smith Camp
U.S. District Judge

**Date of Original Sentence:** October 15, 2003

**Original Offense:** Conspiracy to Distribute Methamphetamine

**Original Sentence:** 30 months custody; 60 months Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** December 13, 2004

---

## PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program under electronic monitoring for a period of 90 consecutive days. Home confinement shall commence according to a schedule arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement and shall pay for the costs of electronic monitoring.

### CAUSE

Ms. Walker has tested positive for controlled substances, failed to report for urinalysis collection, and failed to hold employment. She is need of the structure and accountability provided by home confinement.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

David E. Goering, Supervising
U.S. Probation Officer

**WALKER, Amber**
**Request for Modifying the Conditions or Term of Supervision**
**January 19, 2006**

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

_____
The Honorable Laurie Smith Camp
U.S. District Judge

1/20/06
Date

# United States District Court
DISTRICT OF NEBRASKA
PROBATION OFFICE

**JAMES P. ROWOLDT**
CHIEF PROBATION OFFICER

**YADOR J. HARRELL**
DEPUTY CHIEF PROBATION OFFICER



111 SOUTH 18th PLAZA, SUITE C79
OMAHA, NE 68102-1312

COMM (402) 661-7555
FAX (402) 661-7550

January 19, 2006

The Honorable Laurie Smith Camp
U.S. District Judge
111 South 18th Plaza, Suite 3210
Omaha, NE 68102-3210

        **RE:**   **WALKER, Amber**
               **Docket # 8:02CR245**
               **NOTICE OF NONCOMPLIANCE/DRUG USE**

Dear Judge Smith Camp:

**The above named offender is in noncompliance for the following reasons:** Ms. Walker missed random urinalysis collection at the Omaha Campus for Hope on the following dates: December 2, 19, 21, 27 of 2005. Additionally, she tested positive for methamphetamine August 18, 2005, and admitted to using methamphetamine and marijuana several times in December 2005.

**Proposed Sanction:** 90 days home confinement (see attached Prob 49 Modification of Conditions of Supervised Release).

**Proposed Corrective Action:** 1) Complete Intensive Outpatient Treatment (IOP) for chemical dependency; 2) complete continuing care upon completion of IOP and 3) maintain weekly contact with sponsor/mentor.

**Justification:** While Ms. Walker started her period of supervision with on the right foot, she digressed during the summer months. She now has realized the support of family and wants to get back on a positive path. The home confinement will hold her accountable and the IOP will provide her the tools of recovery.

Submitted by:

*[signature]*

John A. Hill, Supervising
U.S. Probation Officer

Reviewed and Approved by:

*David E. Goering by [initials]*

David E. Goering, Supervising
U.S. Probation Officer

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WALKER, Amber**
**Notice of Noncompliance/Drug Use**
**January 19, 2006**

__✓__ Approved (see attached modification)   _____ No action shall be taken

_____ Submit revocation action   _____ The following action shall be taken (specify other action):

_____         __1/20/06__
The Honorable Laurie Smith Camp                Date
U.S. District Court Judge

pc:   Robert C. Sigler, AUSA
      J. William Gallup
      David Stickman, Federal Public Defender

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions
## of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional condition:

The defendant shall participate in the home confinement program under electronic monitoring for a period of 90 consecutive days. Home confinement shall commence according to a schedule arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement and shall pay for the costs of electronic monitoring.

Witness: _____        Signed: _____
John A. Hill, Supervising                              Amber Walker
U.S. Probation Officer

Date: 1/10/06