IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    vs.<br>AMBER WALKER,<br>            Defendant. | 8:02CR425<br><br>ORDER |

      Defendant Amber Walker (Walker) appeared before the court on February 1, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 201). Walker was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Special Assistant U.S. Attorney Martin J. Conboy. Through her counsel, Walker waived her right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Walker should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

      The government moved for detention. Walker presented no evidence nor requested a detention hearing. Since it is Walker's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Walker has failed to carry her burden and that Walker should be detained pending a dispositional hearing before Chief Judge Smith Camp.

      **IT IS ORDERED:**

      1.    A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on April 4, 2013.** Defendant must be present in person.

      2.    Defendant Amber Walker is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

      3.    Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

      4.    Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      DATED this 1st day of February, 2013.

                                                               BY THE COURT:

                                                           s/ Thomas D. Thalken
                                                           United States Magistrate Judge